# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| William Fredrick Johnson  )  <br> *Plaintiff*  ) <br> v.  ) <br> Warden, Warren Correctional Institution  ) <br> *Defendant*  ) | Civil Action No. 3:19-CV-287 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petition is dismissed with prejudice; Petitioner is denied any requested certificate of appealability .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations .

Date: 10/8/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*